ENTERED
02/08/2008

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| PROFCO, INC. | § | CASE NO. 95-43943-H4-7 |
| Debtor | § | Chapter 7 |
| | § | |

### ORDER ON MOTION TO PAY FUNDS INTO THE REGISTRY OF THE COURT PURSUANT TO 11 U.S.C. §347(A)

CAME ON FOR CONSIDERATION, the Trustee's Motion to Pay Funds Into the Registry of the Court pursuant to 11 U.S.C. §374(a), and after considering the Motion, and finding that the Motion is well taken and that notice of said Motion is not required, it is therefore,

ORDERED that Alan S. Gerger, Trustee, is authorized to pay the funds in the amount of $33,543.58 now held by him in the above styled and numbered cause, together with any accrued interest thereon, into the registry of the Court.

SIGNED this the 8th day of January 2008.

~~Michael N. Milby, Clerk of Court~~

This order is signed for the Court by
Clerk under authority of 28 U.S.C.
156 and General Order 2000-3.
MICHAEL N. MILBY, CLERK
By: _____
Deputy Clerk

**Exhibit "A"**

| NAME AND ADDRESS | CLAIM NO. | AMOUNT |
|---|---|---|
| Sterling Bank<br>5757 Memorial Drive<br>Houston, TX 77007 | | $409.82 |
| USL Capital Corporation<br>c/o Ron Beacher<br>153 E. 53rd Street, 26th Floor<br>New York, NY 10022 | 1A<br>1B | $802.24<br>$500.32 |
| Gulf Publishing Co.<br>P.O. Box 2608<br>Houston, TX 77252 | 2 | $36.71 |
| EJB Brokerage<br>4020 E. Cheyenne<br>Las Vegas, NV 89115 | 8 | $28.08 |
| Ventura County Railway Co.<br>D50 E. Fifth Street<br>P.O. Box 432<br>Oxnard, CA 93032 | 20 | $434.27 |
| Ted Ott Trucking, Inc.<br>P.O. Box 1657<br>Battle Mtn., NV 89820 | 27 | $661.47 |
| Larry D. Blake<br>6705 Columbia Lane<br>Bakersfield, CA 93309 | 29<br>30<br>31 | $4,850.00<br>$ 149.56<br>$3,420.86 |
| Floridin Co.<br>P.O. Box 187<br>Berkeley Springs, WV 25411 | 34 | 169.10 |
| US Long Distance<br>9311 San Pedro, Ste. 300<br>San Antonio, TX 78216 | 39 | $300.01 |
| Thomas J. Stephens<br>61092 Timberbend<br>Lacombe, LA 70445 | 47B | $31.62 |
| Soluwate, LLC<br>Dan Keen<br>Rt. 3, Box 437<br>Giddings, TX 78942 | 54 | $231.99 |
| Williams Scotsman<br>8211 Town Center Dr.<br>Baltimore, MD 21236 | 63 | $6.63 |
| Gulf States Rentals, Inc.<br>306 Pamela Place<br>Thibodaux, LA 70301 | 64 | $15.49 |

| | | |
|---|---|---|
| Prentice Hall Legal & Financial<br>375 Hudson St., 11th Floor<br>New York, NY 10014 | 65 | $49.05 |
| Satellite International<br>482 Chaparral Drive<br>Victoria, TX 77905 | 67 | $568.33 |
| Southwestern Bell Telephone<br>One Bell Plaza, Room 0750<br>P.O. Box 655521<br>Dallas, TX 75265 | 79 | $106.49 |
| Ally Capital Corporation<br>c/o Coats Rose Yale Holm<br>1001 Fannin, Ste. 800<br>Houston, TX 77002 | 83<br>84 | $809.63<br>$9,205.47 |
| O. Wayne Patterson<br>4697 San Sebastian<br>Oxnard, CA 93035 | 85A | $728.07 |
| Burlington Northern Railroad Co.<br>176 East Fifth Street<br>P.O. Box 64402<br>St. Paul, MN 55164 | 101 | $273.41 |
| OEI Business Forms<br>865 W. Irving Park Rd.<br>Itasca, IL 60143 | 106 | $60.90 |
| David Whitfield<br>1415 Independence Drive<br>Slidell, LA 70458 | 107B | $20.17 |
| Coastwide Marine Services, Inc.<br>11111 Wilcrest Green, Suite 300<br>Houston, TX 77042 | 112 | $1,992.51 |
| PBCC<br>3020 Old Ranch Pkwy., Suite 400<br>Seal Beach, CA 90740 | 127 | $60.86 |
| Bell Pacific<br>P.O. Box 5991<br>Pasadena, CA 91107 | 135 | $126.04 |
| Triple M Messenger Service<br>P.O. Box 672022<br>Houston, TX 77267 | 137 | $11.26 |
| Mud Mart, Inc.<br>602 Wellington<br>Houma, LA 70360 | 144 | $409.43 |
| David L. McFarlin<br>8200 Kroll Way #111<br>Bakersfield, CA 93311 | 156A | $208.57 |

| | | |
|---|---|---|
| Pacific Bell<br>P.O. Box 5991<br>Pasadena, CA 91107 | 160 | $37.43 |
| Steamtech Environmental Service<br>4250 California Ave., Suite 210<br>Bakersfield, CA 93309 | 185 | $108.50 |
| KELCO<br>A Unit of Monsanto<br>500 W. Madison St., Suite 3180<br>Chicago, IL 60661 | 216 | $5,275.98 |
| Power Pumps<br>910 S. Bedford Dr., Apt. 307<br>Los Angeles, CA 90035 | 221 | $216.18 |
| ANR Production Co.<br>9 Greenway Plaza, Suite 800<br>Houston, TX 77046 | 226 | $300.22 |
| The Pacific Group<br>305 Mariposa Drive<br>Ventura CA 93001 | 229 | $28.08 |
| Wyoming Department of Revenue<br>State Auditors Office<br>122 W. 25th Street<br>Cheyenne, Wyoming 82002 | 90 | $898.83 |
| Total | | $33,543.58 |