

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
02/12/2008

IN RE: § Case No. 95-43943-H4-7

Profco Inc.

Debtor §

### ORDER DENYING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The Application for Payment of Unclaimed Funds (Docket No. __935__) is denied for the following reason(s):

1. _____ Applicant's signature is not notarized.

2. _____ Amount being requested is not the amount deposited on behalf of the original claimant.

3. _____ Application was not served on U.S. Attorney and U.S. Trustee.

4. _____ Proposed Order not filed by applicant.

5. _____ Sufficient documentation not provided to allow the Court to determine claimant's entitlement to the unclaimed funds.

6. ___X___ Other: Funds were NOT deposited in this case for this payee.

Signed  2/11/2008

United States Bankruptcy Judge