UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT

OF TEXAS

ENTERED
03/04/2008

In Re:                              )   CASE NO. 95-43943 JB
                                    )
                                    )
PROFCO INC.                         )   # 940
                                    )
                                    )
                                    ) ORDER TO PAY UNCLAIMED FUNDS
Debtor(s)                           )

It appearing that the check made payable to <u>ALLY CAPITAL CORPORATION</u> in the amount of <u>$10,015.10</u> was not charged against the bank account of the debtor, PROFCO INC. within the 90 day limit and an unclaimed money report was entered on <u>1/10/08</u> to close the account and transfer the monies into the Registry of the Clerk, U.S. Bankruptcy Court, and

It further appearing that <u>ALLY CAPITAL CORPORATION</u> is now claiming the above monies in the Petition attached hereto,

It is ordered that the Clerk of the U.S. Bankruptcy Court pay said sum of $10,015.10 to: <u>ALLY CAPITAL CORPORATION</u>

<u>C/O ASSET RECOVERY TRUST</u>

<u>P.O. BOX 4296</u>

<u>COSTA MESA, CA 92628</u>

Dated: 3/4/2008

UNITED STATES BANKRUPTCY JUDGE