

**ENTERED**
**03/10/2008**

UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT

OF TEXAS

In Re:                          )        CASE NO. <u>95-43943 JB</u>
                                )
                                )
PROFCO INC.                     )              #941
                                )
                                )   ORDER TO PAY UNCLAIMED FUNDS
Debtor(s)                       )

It appearing that the check made payable to <u>Larry D. Blake</u>

in the amount of <u>$8,420.42</u>  was not charged against the

bank account of the debtor, PROFCO INC.

within the 90 day limit and an unclaimed money report was entered

on <u>1/10/08</u> to close the account and transfer the monies into the

Registry of the Clerk, U.S. Bankruptcy Court, and

It further appearing that <u>Larry D. Blake</u>

is now claiming the above monies in the  Petition attached

hereto,

It is ordered that the Clerk of the U.S. Bankruptcy Court pay

said sum of <u>$8,420.42</u> to:  <u>Larry D. Blake</u>

                                 <u>C/O ASSET RECOVERY TRUST</u>

                                 <u>P.O. BOX 4296</u>

                                 <u>COSTA MESA, CA 92628</u>

MAR 0 7 2008

Dated: _____              _____
                                      UNITED STATES BANKRUPTCY JUDGE